# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Pedro O.,                                      Case No. 26-CV-0361 (ECT/LIB)

           Petitioner,

v.                                                          **ORDER**

Kristi Noem, Secretary, U.S. Department of
Homeland Security; Department of Homeland
Security; Todd M. Lyons, Acting Director of
Immigration and Customs Enforcement;
Immigration and Customs Enforcement;
David Easterwood, Acting Director, St. Paul
Field Office Immigration and Customs
Enforcement; and Joel Brott, Sheriff of
Sherburne County,

           Respondents.

---

Pursuant to a general assignment made in accordance with 28 U.S.C. § 636, this matter comes before the undersigned United States Magistrate Judge upon Petitioner Pedro O.'s Petition for a writ of habeas corpus. [Docket No. 1].

Having reviewed the Petition, **IT IS HEREBY ORDERED THAT**:

1.    Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Pedro O. within 14 days of this order certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.    Respondents' answer should include:

    a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

      b.     A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

      c.     Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.     If Petitioner intends to file a reply to respondents' answer, he must do so within 21 days of the date when the answer is filed.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 20, 2026                  s/ Leo I. Brisbois_____
                                             Hon. Leo I. Brisbois
                                             United States Magistrate Judge