UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Pedro O., | File No. 26-cv-361 (ECT/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; Immigration and Customs Enforcement; David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; Joel Brott, *Sheriff of Sherburne County*, | |
| Respondents. | |

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") dated February 27, 2026. ECF No. 9. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.   The Report and Recommendation [ECF No. 9] is **ACCEPTED**.

2.   Petitioner Pedro O.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED**.

3. Respondents shall immediately release Petitioner in Minnesota without subjecting him to conditions greater than those specifically imposed in his October 28, 2021 Order of Supervision.

4. Respondents shall release Petitioner with all his personal effects during his arrest as well as all identification documents and immigration documentation.

5. Respondents shall confirm Petitioner's release from custody within Minesota within forty-eight (48) hours from the entry of this Order.

**6.** Respondents are precluded from re-detaining Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 4, 2026, at 12:30 p.m.            s/ Eric C. Tostrud
                                                Eric C. Tostrud
                                                United States District Court