# UNITED STATES DISTRICT COURT
## District of Minnesota

Pedro Ornelas

Petitioner(s),

v.

Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood, Joel Brott

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00361-ECT-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation [ECF No. 9] is **ACCEPTED**.

2. Petitioner Pedro O.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED**.

3. Respondents shall immediately release Petitioner in Minnesota without subjecting him to conditions greater than those specifically imposed in his October 28, 2021 Order of Supervision.

4. Respondents shall release Petitioner with all his personal effects during his arrest as well as all identification documents and immigration documentation.

5. Respondents shall confirm Petitioner's release from custody within Minesota within forty-eight (48) hours from the entry of this Order.

6. Respondents are precluded from re-detaining Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances.

Date: 3/5/2026

KATE M. FOGARTY, CLERK